IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LONNIE BANKS, #K2237**                                                                                    **PLAINTIFF**

vs.                                                         CIVIL ACTION NO.: 3:20-CV-482-HTW-LGI

**RONALD KING, et. al.**                                                                                **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 56]** issued by Magistrate Judge Lakeysha Greer Isaac. In her Report and Recommendation, filed on May 22, 2022, Magistrate Judge Isaac recommended that the *Motion to Dismiss for Failure to Exhaust Administrative Remedies* [Docket no. 52] filed by Defendants be GRANTED. Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within fourteen (14) days. The plaintiff has failed file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no 56]**, this court finds it well-taken. Magistrate Judge Isaac carefully examined plaintiff's lawsuit, granted plaintiff sufficient time to respond to Defendants' Motion to Dismiss, identified the operative issues and cogent facts, and crafted a well-versed Report and Recommendation. Therefore, this court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** for failure to exhaust the requisite administrative grievance procedures at the Central Mississippi Correctional Facility.

SO ORDERED this the 23rd day of June, 2022.

                                                                              s/ HENRY T. WINGATE
                                                                              **UNITED STATES DISTRICT COURT JUDGE**

1